ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2005 SEP 21  PM 3: 05

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA K. DAVIS, | § | Civil Action No. |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | COMPLAINT |
| vs. | § | and |
| | § | DEMAND FOR JURY TRIAL |
| VAN RU CREDIT CORP. | § | |
| and JORGE DIAZ | § | **4-05CV-603-Y** |
| Defendants. | § | |
| | § | (Unlawful Debt Collection Practices) |

**Preliminary Statement**

1.  Plaintiff, LISA K. DAVIS, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), to obtain statutory damages, actual damages, injunctive relief, declaratory relief, and other relief for the Defendants violations of the FDCPA.

2.  Defendant, VAN RU CREDIT CORP. and JORGE DIAZ attempted to collect a consumer debt ('Debt") allegedly owed by Plaintiff arising from a purported obligation to U.S. DEPARTMENT OF EDUCATION ('Debt) requiring Plaintiffs to pay money allegedly arising out of transactions in which money, property, insurance, or services were the subject thereof and the same were primarily for personal, family, or household purposes.

**Jurisdiction and Venue**

3.    Jurisdiction of this Court attains pursuant to 15 U.S.C. §1692k (d), 28 U.S.C. §§1331 and 1337(a),

4.    Venue in the NORTHERN District of Texas is proper under 28 U.S.C. § 1391(b)-(c) and because the acts and transactions occurred here and the Defendants transact business here through the use of telephones. The Plaintiff's address is 6100 Browning Drive #21106, North Richland Hills, TX 76180.

**Parties**

5.    Plaintiff is a citizen of the State of Texas. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a (3).

6.    VAN RU CREDIT CORPORATION of attempting to collect debt asserted to be due another in the NORTHERN District of Texas. The principal purpose of business of VAN RU CREDIT CORP. is the collection of consumer debts of others using the mails and telephone, and it regularly attempts to collect consumer debts for others. VAN RU CREDIT CORP. is a "debt collector" as defined by 15 U.S.C. § 1692a(6) and has a principal place of business at 10024 Skokie Blvd., IL 60077.

7.    Defendant JORGE DIAZ is an employee of the Defendant VAN RU CREDIT CORP. and is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

**Factual Allegations**

8. Beginning August 3rd, 2005, Defendant JORGE DIAZ on behalf of VAN RU CREDIT CORP. commenced calling the Plaintiff demanding payment on behalf of the U.S. Department of Education, which is admitted owed approximately $4,709.00.

9. Defendant threatened that if payment arrangements were not made immediately that the Plaintiff's wages would be garnished and if he did not receive at least one of the suggested deposits, which the Plaintiff could not afford, by August 19th, that he would arrange for the Plaintiff to be arrested and sit in federal jail. He further threatened that he would add interest and penalties and the amount of the debt would never be paid. He further threatened that he would discover where the Plaintiff's children went to school and he would make sure they would never get any federal assistance of loans.

10. Despite requests not to call the Plaintiff at work, Defendant Diaz persistently called the Plaintiff at her place of work requesting a copy of her pay check so he could, as threatened, immediately garnish her wages.

11. Defendant Diaz even called the Plaintiff's husband and threatened him as well.

12. On August 24th, when Defendant Diaz determined that the Plaintiff was not going to requests, he called and yelled at the Plaintiff that if he did not receive a payment of $274 by August 29th, he would garnish the Plaintiff's wages and make sure she would never be able to pay the obligation with the penalties he intended to add to the obligation.

13. At all times the Defendants were demanding payments in amounts more than she could reasonably afford, contrary to her rights under 20 U.S.C. § 1078-6 of the Higher Education Assistance Act ("HEAA");

10. The foregoing act and omission was undertaken on behalf of the Defendants by their agent, or employee, acting at all times relevant hereto within the scope of that relationship.

11. The foregoing act and omission of the Defendants was undertaken willfully, intentionally, knowingly, and/or in gross disregard of the rights of the Plaintiff.

12. The foregoing act and omission of the Defendant was undertaken indiscriminately, as part of their regular and routine collection efforts, and without regard to or consideration of the identity or rights of the Plaintiff.

**First Claim for Relief**

13. The Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. In violation of 15 U.S.C. § 1692d, and the "least sophisticated consumer standard," the Defendant engaged in conduct the natural consequence of which was to harass, oppress, or abuse a person in connection with the collection of a debt.

   b. In violation of 15 U.S.C. § 1692f, and the "least sophisticated consumer standard," the Defendant used unfair and unconscionable means to collect a debt.

   c. In violation 15 U.S.C. § 1692e by making false and misleading statements in an effort to collect a debt by demanding payments in amounts more than she could reasonably afford, contrary to her rights under 20 U.S.C. § 1078-6 of the Higher Education Assistance Act ("HEAA");

## Second Claim for Relief

14. The Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendants violations of the TDCA include, but are not limited to the following:

    a.    In violation of Tex. Fin. Code § 392.301(a)(8), the Defendants threatened to take (and/or did take) an action prohibited by law.

    b.    In violation of Tex. Fin. Code § 392.304(a)(8), the Defendants misrepresented the character of a consumer debt.

    c.    In violation of Tex. Fin. Code § 392.304(a)(I4), the Defendants misrepresented the status or nature of the services rendered by the debt collector or the debt collector's business.

Under Tex. Fin. Code Ann. § 392.403, the Defendants violations of the TDCA render them jointly and severally liable to Plaintiff for statutory damages, actual damages, injunctive relief, declaratory relief, costs, and reasonable attorneys fees.

**Prayer for Relief**

WHEREFORE, the Plaintiff prays that this Court:

1. Declare that Defendants actions violate the FDCPA and the TDCA.
2. Enjoin the Defendants actions which violate the TDCA.
3. Enter judgment in favor of Plaintiff and against Defendants for statutory damages, actual damages, costs, and reasonable attorneys fees as provided by 15 U.S.C. § 1692k(a) and/or Tex. Fin. Code Ann. § 392.403
4. Grant such further relief as deemed just.

Dated: September 21, 2005

Respectfully submitted

_____
Mark V. Oppenheimer #44622CT
ATTORNEY FOR PLAINTIFF
3007 St. Frances Drive
Mansfield, Texas 76063
Voice: 817-808-6698

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

Dated: September 21, 2005.

Respectfully submitted,

_____
Mark V. Oppenheimer #44622CT
3007 St. Frances Drive
Mansfield, Texas 76063
Voice: 817-808-6698

ATTORNEY FOR PLAINTIFF

**JS 44** (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LISA K. DAVIS

## DEFENDANTS
VAN RU CREDIT CORP.
JORGE DIAZ

**(b)** County of Residence of First Listed Plaintiff: **TARRANT**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **COOK**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mark Oppenheimer, 3007 St. Frances Drive, Mansfield, TX 76063
817-808-6698

Attorneys (If Known)

**4-05CV-603-Y**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs / ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
Brief description of cause: this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA")

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Statutory
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE: _____  DOCKET NUMBER: _____

DATE: 9/21/2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 53612  AMOUNT 150-  APPLYING IFP  JUDGE 3924  MAG. JUDGE

JS 44 Reverse (Rev 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court   This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed   The attorney filing a case should complete the form as follows

**I.**   **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant   If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations   If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title

(b) County of Residence   For each civil case filed, except U S  plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing   In U S  plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing   (NOTE  In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved )

(c) Attorneys   Enter the firm name, address, telephone number, and attorney of record   If there are several attorneys, list them on an attachment, noting in this section "(see attachment)"

**II.**   **Jurisdiction**   The basis of jurisdiction is set forth under Rule 8(a), F R C P , which requires that jurisdictions be shown in pleadings   Place an "X" in one of the boxes   If there is more than one basis of jurisdiction, precedence is given in the order shown below

United States plaintiff   (1) Jurisdiction based on 28 U S C  1345 and 1348   Suits by agencies and officers of the United States are included here

United States defendant   (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box

Federal question   (3) This refers to suits under 28 U S C  1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States   In cases where the U S  is a party, the U S  plaintiff or defendant code takes precedence, and box 1 or 2 should be marked

Diversity of citizenship   (4) This refers to suits under 28 U S C  1332, where parties are citizens of different states   When Box 4 is checked, the citizenship of the different parties must be checked   (See Section III below, federal question actions take precedence over diversity cases )

**III.**   **Residence (citizenship) of Principal Parties.**   This section of the JS 44 is to be completed if diversity of citizenship was indicated above   Mark this section for each principal party

**IV.**   **Nature of Suit**   Place an "X" in the appropriate box   If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit   If the cause fits more than one nature of suit, select the most definitive

**V.**   **Origin**   Place an "X" in one of the seven boxes

Original Proceedings   (1) Cases which originate in the United States district courts

Removed from State Court   (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U S C , Section 1441   When the petition for removal is granted, check this box

Remanded from Appellate Court   (3) Check this box for cases remanded to the district court for further action   Use the date of remand as the filing date

Reinstated or Reopened   (4) Check this box for cases reinstated or reopened in the district court   Use the reopening date as the filing date

Transferred from Another District   (5) For cases transferred under Title 28 U S C  Section 1404(a)   Do not use this for within district transfers or multidistrict litigation transfers

Multidistrict Litigation   (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C  Section 1407   When this box is checked, do not check (5) above

Appeal to District Judge from Magistrate Judgment   (7) Check this box for an appeal from a magistrate judge's decision

**VI.**   **Cause of Action**   Report the civil statute directly related to the cause of action and give a brief description of the cause   **Do not cite jurisdictional statutes unless diversity**                     Example  U S  Civil Statute  47 USC 553
                                              Brief Description  Unauthorized reception of cable service

**VII.**   **Requested in Complaint**   Class Action   Place an "X" in this box if you are filing a class action under Rule 23, F R Cv P

Demand  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction

Jury Demand   Check the appropriate box to indicate whether or not a jury is being demanded

**VIII.**   **Related Cases**   This section of the JS 44 is used to reference related pending cases if any   If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases

**Date and Attorney Signature**.   Date and sign the civil cover sheet.