```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

LISA K. DAVIS                §
                             §
VS.                          §    CIVIL ACTION NO. 4:05-CV-603-Y
                             §
VAN RU CREDIT CORPORATION    §

### FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that all claims in this cause are hereby DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against Plaintiff.

SIGNED February 23, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

1